MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for The TJX Companies, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT KAY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE TJX COMPANIES, INC., a foreign corporation, d/b/a T.J. MAXX#1376; DOES 1 through 100; and ROE CORPORATIONS 1 through 100,<br><br>    Defendants. | Case No. 2:17-cv-1048-APG-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss this case with prejudice, each to bear their own fees and costs.

| | |
|---|---|
| Dated this 7th day of November, 2017 | Dated this 7th day of November, 2017 |
| RICHARD HARRIS LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
| */s/ Bryan H. Blackwell* | */s/ Michael P. Lowry* |
| Bryan H. Blackwell, Esq.<br>Nevada Bar No. 12558<br>801 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Vincent Kay | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 S. 4th St., 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for The TJX Companies, Inc. |

IT IS SO ORDERED.

Dated: November 8, 2017.

_____
UNITED STATES DISTRICT JUDGE